Test Complaint