Transcript Event